

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Samuel Leo Zamagni,                * From the 29th District Court
of Palo Pinto County,
Trial Court No. 16214.


Vs. No. 11-17-00304-CR            * August 9, 2018

The State of Texas,                  * Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)


        This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.